| AO 10 Rev. 1/2021 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Whitney, Frank D. | 2. Court or Organization District Court - WDNC | 3. Date of Report 07/14/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ✔ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2020 to 12/31/2020 |

**7. Chambers or Office Address**

Charles R. Jonas Federal Building and United States Courthouse
401 West Trade Street, Room 6300
Charlotte, North Carolina 28202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of Attorney | Person # 1 |
| 2. | Executor | Estate # 1 |
| 3. | Trustee | Trust #1 (Trust of Decedant from Estate #1) |
| 4. | Trustee | Trust # 2 |
| 5. | Trustee | Trust #3 |
| 6. | Member | Whitney Properties LLC |
| 7. | Member | Whitney Assets LLC |
| 8. | Board of Directors | Festival in the Park, Inc. (IRC section 501(c)(3) organization) |
| 9. | Advisory Member | North Carolina State Bar LAMP Committee |
| 10. | Council Member | North Carolina Bar Association (Government & Public Sector Section) |
| 11. | Board of Directors | May 20th Society (IRC section 501(c)(3) organization) |
| 12. | Board of Visitors | Charlotte Country Day School (IRC section 501(c)(3) organization) |
| 13. | Board of Visitors | Charlotte Bridge Home (IRC section 501(c)(3) organization) |
| 14. | Board of Directors | University of North Carolina School of Law - Law Alumni Association |

| Name of Person Reporting | Date of Report |
|---|---|
| **Whitney, Frank D.** | 07/14/2021 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Whitney, Frank D.** | 07/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | UNC School of Law (Chapel Hill, NC) | $7,999.92 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Impact Design Resources - commission |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Whitney, Frank D.** | 07/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. ▬▬▬ | Vacation with friends at Sea Island, GA -- lodging and some food | $1,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Caliber Home Loans (loan sold to Flagstar Bank, FSB) | Loan on Rental Property #1, Davidson, NC (Part VII, Line 1) | M |
| 2. US Department of Education - Student Loan Program ( ▬▬ student loans) | Student loans | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Whitney, Frank D.** | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Davidson, NC | D | Rent | | | Sold | 03/09/20 | N | G | |
| 2. Whitney Properties, LLC: | | | | | | | | | |
| 3. - Rental Property #1, Sunset Beach, NC | E | Rent | O | W | | | | | |
| 4. - Bank of America business accounts (Whitney Properties LLC) | A | Interest | J | T | | | | | |
| 5. Whitney Assets LLC: | | | | | | | | | |
| 6. - Rental Property #1 Holden Beach NC | E | Rent | O | R | | | | | |
| 7. - Rental Property # 2, Holden Beach, NC (vacant lot) | | None | M | R | Buy | 12/14/20 | M | | |
| 8. Carolina Panthers Permanent Seat License | | None | K | W | | | | | |
| 9. Co-author book, Lexis Law Publishing (no income since 2002), | | None | J | W | | | | | |
| 10. Bank of America savings and checking accounts | A | Interest | J | T | | | | | |
| 11. USAA Bank checking & savings accounts | A | Interest | J | T | | | | | |
| 12. Janney Advantage Insured Sweep (formally BB&T Fed Prime) (X) | A | Interest | J | T | | | | | |
| 13. Townebank checking & savings (formally known as Paragon Bank) (X) | A | Interest | J | T | | | | | |
| 14. Merrill Lynch CMA accounts | A | Interest | N | T | | | | | |
| 15. Invesco S&P 500 Equal Weighted Index | A | Dividend | L | T | | | | | |
| 16. Estate #1, Charlotte, NC: | | | | | | | | | |
| 17. - Decedent's residence, Estate #1, Charlotte, NC | | | | | Sold | 09/10/20 | N | G | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Whitney, Frank D.** | 07/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Trust #1, Charlotte, NC: | | | | | | | | | |
| 19.   - Merrill Lynch CMA Cash Account | A | Interest | L | T | | | | | |
| 20.   - American Beacon | A | Dividend | | | Sold | 08/12/20 | K | A | |
| 21.   - Invesco S&P 500 Quality | A | Dividend | | | Sold | 08/12/20 | K | C | |
| 22.   - Ishares Select | B | Dividend | | | Sold | 08/12/20 | K | A | |
| 23.   - Ishares Russell Top 200 | B | Dividend | | | Sold | 08/12/20 | K | A | |
| 24.   - SPDR S&P Dividend ETF | A | Dividend | | | Sold | 08/12/20 | K | A | |
| 25.   - Vanguard Dividend | A | Dividend | | | Sold | 08/12/20 | K | D | |
| 26.   - Vanguard FTSE Developed | A | Dividend | | | Sold | 08/12/20 | K | A | |
| 27.   - Wisdomtree US Quality | A | Dividend | | | Sold | 08/12/20 | K | D | |
| 28.   Trust # 2, Charlotte, NC: | | | | | | | | | |
| 29.   - Merrill Lynch CMA Cash Account | C | Interest | L | T | | | | | |
| 30.   - CD, Bank of America, NA | B | Interest | | | Redeemed | 06/12/20 | L | | |
| 31.   Trust #3, Charlotte, NC: | | | | | | | | | |
| 32.   - Merrill Lynch CMA Cash Account | C | Interest | L | T | | | | | |
| 33.   - CD, Bank of America, NA | B | Interest | | | Redeemed | 06/12/20 | L | | |
| 34.   CD, First Foundation Bank, Irvine, CA | A | Interest | | | Matured | 06/04/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Whitney, Frank D.** | 07/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line A1:  The sales price of the propety was $325,000.

Part VII, Line A7:  The purchase price of the property was $225,000.

Part VII, Line A17: The sales price of the property was $359,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D. | 07/14/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frank D. Whitney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544